IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Creditors Trade Association Inc., | NO. C 06-03500 JW |
| Plaintiff, | **ORDER CONTINUING DEFENDANTS' MOTION AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| L & V Food Supply Inc., et al., | |
| Defendants. | |

On the Court's own motion, the hearing on Defendants' Motion to Stay Discovery and the case management conference presently scheduled for January 22, 2007 is continued to **February 26, 2007 at 9 and 10 AM**, respectively. Pursuant to the Local Rules of the Court, the parties shall file a joint case management conference no later than ten days before the date of the conference.

Dated: January 9, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Duyen Hoang Nguyen duyennguyen98@yahoo.com
Stephen M. Kappos merry3550@sbcglobal.net

**Dated: January 9, 2007**                                    **Richard W. Wieking, Clerk**

                                                              **By:   /s/ JW Chambers
                                                                     Elizabeth Garcia
                                                                     Courtroom Deputy**

**United States District Court**
For the Northern District of California