STEPHEN M. KAPPOS, ESQ. (SBN 141371)
ROBINSON-KAPPOS
3550 ROUND BARN BLVD., SUITE 311
SANTA ROSA, CA 95403
(707) 522-0114
(707) 522-0107 Facsimile

Attorneys for Plaintiff, Creditors Trade Association, Inc.

**GRANTED**
/s/ James Ware
Judge James Ware
3/19/2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS TRADE ASSOCIATION, INC., DBA GREAT WESTERN COLLECTION BUREAU, | Case No. C06-03500 JW (RS) |
| Plaintiff, | **REQUEST TO DISMISS LAWSUIT** |
| v. | |
| L & V FOOD SUPPLY, INC. ET. AL. | |
| Defendants. | |

Creditors Trade Association, Inc. doing business as Great Western Collection Bureau requests that this case be dismissed with prejudice.

Dated: March 16, 2007         Robinson-Kappos

_____/s/_____

Stephen M. Kappos (141317)

Request to Dismiss Lawsuit

1

## Certificate of Service

I declare that:

I am over the age of eighteen years and am not a party to this action. I am employed in an office that employs a member of the bar of this Court, at whose direction the within service was made. My business address is Provencher & Flatt 823 Sonoma Avenue, Santa Rosa, CA 95404.

On March 16, 2007, I served the following:

**Request to Dismiss Lawsuit**

on the interested parties in the action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Santa Rosa, California, (unless otherwise indicated to be by hand delivery, overnight mail, messenger or fax) addressed as follows:

ADDRESSED TO:

Duyen H. Nguyen
Nguyen & Phan Law Firm Inc
115 E. Gish Road, Ste. 200
San Jose, CA 95112

(x) (BY MAIL) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail on the date of execution of this declaration, with our office's outgoing mail following ordinary business practices. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

(x) (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction service was made.

Executed on March 16, 2007.

_____/s/_____
Douglas B. Provencher

Request to Dismiss Lawsuit

2